

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Edward Charles Boone, Appellant

No. 06-23-00192-CR     v.

The State of Texas, Appellee

Appeal from the County Court at Law No. 1 of Gregg County, Texas (Tr. Ct. No. 2021-1712).  Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Edward Charles Boone, pay all costs incurred by reason of this appeal.

RENDERED JUNE 28, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk